DALE L. ALLEN, JR., #145279
DIRK D. LARSEN, #246028
LOW, BALL & LYNCH
505 Montgomery Street, 7th Floor
San Francisco, California 94111-2584
Telephone  (415) 981-6630
Facsimile  (415) 982-1634

Attorneys for Defendants
CITY OF LIVERMORE, KEVIN SANTIN,
SEAN MARICONI, C. MOORE, M. BUSEVAC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA GARCIA,<br><br>          Plaintiff,<br><br>     v.<br><br>CITY OF LIVERMORE; KEVIN SANTIN; SEAN MARICONI; C. MOORE, M. BUSEVAC and DOES 1 to 40, inclusive,<br><br>          Defendants. | Case No. 4:10-cv-03559 SBA<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE<br><br>Date:         December 2, 2010<br>Time:        3:15 p.m.<br>Courtroom: 1 - 4th Floor<br><br>Judge:       Hon. Saundra Brown Armstrong |

The parties that have appeared in the above-captioned action thus far, through their respective counsel, hereby stipulate to continue the Initial Case Management Conference currently scheduled for December 2, 2010, at 3:15 p.m.. The grounds for this continuance are:

1.      Dale Allen, lead counsel for defendants in this case, will be unavailable for the scheduled Initial Case Management Conference on December 2, 2010.  Dale Allen is lead counsel in the consolidated actions of *Wanda Johnson v. BARTD*, the suits arising out of the Oscar Grant shooting that took place on January 1, 2009, case numbers C09-0901, C09-4014, C09-4835 and C10-0005.  December 2, 2010 will be the second day of all-day settlement conferences assigned to Magistrate Judge Joseph Spero.

///

1    Counsel for both parties are available for an Initial Case Management Conference on December
2 8; the afternoon of December 9; and December 16.
3    The dates listed in the Order Setting Initial Case Management Conference remain in effect
4 except that the Initial Case Management Conference is rescheduled for **March 16, 2011, at 3:30 p.m.**,
5 via telephone.
6    Plaintiff's counsel is to set up the conference call with all the parties on the line and call
7 chambers at (510) 637-3559. (**NO PARTY SHALL CONTACT CHAMBERS DIRECTLY WITHOUT**
8 **PRIOR AUTHORIZATION OF THE COURT.**)
9    SO STIPULATED.

11   Dated:  November 12, 2010.
12                                           LOW, BALL & LYNCH

14                                   By   /s/ Dale L. Allen, Jr.
                                          DALE L. ALLEN, JR.
15                                        DIRK D. LARSEN
                                          Attorneys for Defendants
16                                        CITY OF LIVERMORE, KEVIN SANTIN,
                                          SEAN MARICONI, C. MOORE, M. BUSEVAC

18   Dated:  November 12, 2010.
19                                           BOSTWICK & JANOFF

21                                   By   /s/ Jeffrey D. Janoff
                                          JEFFREY D. JANOFF
22                                        Attorney for Plaintiff
                                          ANNA GARCIA

24
25   PURSUANT TO STIPULATION, IT IS SO ORDERED.

26   Dated: 11/29/10                        .

                                             *[signature]*
28                                           HON. SAUNDRA B. ARMSTRONG