**Law Offices of**
**BOSTWICK & JANOFF**
**A Professional Corporation**
**111 W. St. John Street, Suite 1040**
**San Jose, California 95113**
**Tel: (408) 286-2300**
**Fax: (408) 286-2303**

**JEFFREY D. JANOFF          SBN 107066**

Attorneys for Plaintiff
ANNA GARCIA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA GARCIA,<br><br>          Plaintiff,<br><br>     vs.<br><br>CITY OF LIVERMORE, KEVIN SANTIN, SEAN MARICONI, C. MOORE, M. BUSEVAC and DOES 1 TO 40, Inclusive,<br><br>          Defendants. | USDC CASE NO: 4:10-cv-03559-SBA<br><br>**REQUEST TO REMOVE DOCUMENT FROM DOCKET AND ~~PROPOSED~~ ORDER**<br><br>HON. DONNA M. RYU<br>UNITED STATES MAGISTRATE JUDGE |

## **NOTICE OF REQUEST TO REMOVE DOCUMENTS FROM DOCKET**

Plaintiff mistakenly filed her Early Settlement Conference Statement with the clerk. Plaintiff respectfully requests that said document (#20) be removed from the Docket and served in accordance with Settlement Conference Order.

By: ___/s/ Jeffrey D. Janoff_____
JEFFREY JANOFF
Attorney for Plaintiff ANNA GARCIA

*BOSTWICK & JANOFF, INC.*
*A Professional Corporation*
*111 West Saint John Street, #1040*
*San Jose, California 95113*
*Tel. No.: (408) 286-2300*
*Fax No.: (408) 286-2303*

Case No.:  4:10-cv-03559-SBA
 REQUEST TO REMOVE DOCUMENT FROM DOCKET
 AND ~~PROPOSED~~ ORDER                    1

## **PROPOSED ORDER**

IT IS HEREBY ODERED that Document #20, plaintiff's early settlement conference statement be removed from the docket.  There is no opposition to this request.

**Dated: May 10, 2011**                    _____

**Honorable  DONNA M. RYU**
**UNITED STATES MAGISTRATE JUDGE**

*BOSTWICK & JANOFF, INC.*
*A Professional Corporation*
*111 West Saint John Street, #1040*
*San Jose, California  95113*
*Tel. No.:  (408) 286-2300*
*Fax No.:  (408) 286-2303*

Case No.:  4:10-cv-03559-SBA
REQUEST TO REMOVE DOCUMENT FROM DOCKET
AND ~~PROPOSED~~ ORDER                    2