UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GARCIA,

    Plaintiff,

    v.

CITY OF LIVERMORE ET AL.,

    Defendants.
_____/

No. C-10-03559-SBA

**ORDER EXCUSING ATTENDANCE AT SETTLEMENT CONFERENCE**

TO ALL PARTIES AND COUNSEL AND PARTIES OF RECORD:

    By letter dated May 26, 2001, Defendants Kevin Santin, Sean Mariconi, C. Moore, and M. Busevac ("Police Officer Defendants") requested to be excused from personally appearing at the settlement conference scheduled for June 7, 2011 at 10:00 a.m. Plaintiff does not oppose the request.

    Upon consideration of the request, the Court hereby excuses Police Officer Defendants from personal attendance. However, they shall make themselves available by telephone for the duration of the conference.

    IT IS SO ORDERED.

Dated: May 31, 2011

                                         _____
                                         DONNA M. RYU
                                         United States Magistrate Judge